JOA Chiropractic, P.C. v Hereford Ins. Co. (2022 NY Slip Op 50598(U))

[*1]

JOA Chiropractic, P.C. v Hereford Ins. Co.

2022 NY Slip Op 50598(U) [75 Misc 3d 140(A)]

Decided on June 17, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DONNA-MARIE E. GOLIA, CHEREÉ
A. BUGGS, JJ

2019-1052 K C

JOA Chiropractic, P.C., as Assignee of Adel
Saleh, Respondent, 
against
Hereford Ins. Co., Appellant. 

Goldberg, Miller & Rubin, P.C. (Timothy Bishop of counsel), for appellant.
Gary Tsirelman, P.C. (Douglas Mace of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sandra E.
Roper, J.), entered April 18, 2019. The order denied defendant's motion for summary judgment
dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court denying defendant's motion which had sought summary
judgment dismissing the complaint on the ground that the action is premature, as plaintiff failed
to respond to defendant's timely requests for additional verification.
Defendant's motion was properly denied, as defendant failed to establish, prima facie, that its
requests for additional verification were proper, since defendant's letters to plaintiff, which were
submitted in support of the motion, merely stated that defendant was waiting for specified
documents without actually requesting verification from plaintiff (see Clear Water Psychological Servs., P.C.
v Hereford Ins. Co., 68 Misc 3d 127[A], 2020 NY Slip Op 50847[U] [App Term, 2d
Dept, 2d, 11th & 13th Jud Dists 2020]).
Consequently, we do not reach the merits of defendant's other arguments on appeal.
Accordingly, the order is affirmed.
ALIOTTA, P.J., GOLIA and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 17, 2022